IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RICHARD J. SIMPKINS, | ) | |
| Plaintiff, | ) ) | |
| | ) | NO. 3:18-cv-1394 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| TERRI SIMPKINS WRIGHT, | ) ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 18), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file in accordance with 28 U.S.C. § 636(b)(1)(C). The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Doc. No. 8) is **DENIED** without prejudice, and Plaintiff's request to transfer (Doc. No. 15) is **GRANTED**. Because Plaintiff has failed to show that this Court has personal jurisdiction over Defendant, this case shall be transferred to the United States District Court for the District of Utah, the district in which Defendant resides, in accordance with 28 U.S.C. § 1631.

Ruling on Plaintiff's Motion to Amend (Doc. No. 14) shall be reserved, pending further proceedings in the transferee court. The Clerk is directed to transfer this case, as indicated above, and then to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE